**The AMERICAN LEGION and the Military Order of the Purple Heart, Petitioners,**

and

**Paralyzed Veterans of America, Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

**Nos. 00–7005, 00–7025, 00–7026.**

United States Court of Appeals, Federal Circuit.

Jan. 18, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Nieves D. LUCIANO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 00–3441.**

United States Court of Appeals, Federal Circuit.

Jan. 18, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.